# UNITED STATES DISTRICT COURT
for the

### District of Nebraska

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No: **4:06CR3014** |
| **LaAnthony Cletae Cain** | ) | |
| | ) | USM No: **20177-047** |
| Date of Original Judgment: **09/26/2006** | ) | |
| Date of Previous Amended Judgment: **07/10/2009** | ) | **Michael Hansen** |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of **235** months **is reduced to** **188 months** .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated **9/26/2006 & 07/10/2009** shall remain in effect.
**IT IS SO ORDERED**.

Order Date: **06/08/2012**                    **s/ Richard G. Kopf**
                                                                        *Judge's signature*

Effective Date: **06/08/2012**                    **Richard G. Kopf, Senior United States District Judge**
*(if different from order date)*                    *Printed name and title*